```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              JAN 17 2008

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:08 mj 85 |
| v. | ) | |
| Luis Adrian Vasquez-Medina | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (18 U.S.C. § 3142(i)) |
| Defendant. | ) | |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion (✓) (by the Government)/( ) (by the Court sua sponte involving)

    1. (✓) serious risk defendant will flee;

```
 1            2.  ( ) serious risk defendant will
 2                 a. ( ) obstruct or attempt to obstruct justice;
 3                 b. ( ) threaten, injure, or intimidate a prospective
 4                    witness or juror or attempt to do so.
 5                                    on the present record that
 6       The Court finds ⟨no⟩ condition or combination of conditions will
 7  reasonable assure:
 8       A.   (✓) appearance of defendant as required; and/or
 9       B.   (✓) safety of any person or the community;
10                              III.
11  The Court has considered:
12       A.   (✓) the nature and circumstances of the offense;
13       B.   (✓) the weight of evidence against the defendant;
14       C.   (✓) the history and characteristics of the defendant;
15       D.   (✓) the nature and seriousness of the danger to any
16            person or to the community.
17                              IV.
18  The Court concludes:
19       A.   (✓) Defendant poses a risk to the safety of other persons
20            or the community because:_____
21  ____prior record; parole violation_____
22  _____
23  _____
24  _____
25  _____
26  _____
27  ///
28  ///
```

1  B. (✓) History and characteristics indicate a serious risk
2      that defendant will flee because: _____
3      _____ illegal alien _____
4      _____
5      _____
6      _____

7  C. ( ) A serious risk exists that defendant will:
8      1. ( ) obstruct or attempt to obstruct justice;
9      2. ( ) threaten, injure or intimidate a witness/
10     juror; because: _____
11     _____
12     _____
13     _____

14 D. ( ) Defendant has not rebutted by sufficient evidence to
15     the contrary the presumption provided in 18 U.S.C.
16     § 3142 (e) *without prejudice*

17 IT IS ORDERED that defendant be detained prior to trial.

18 IT IS FURTHER ORDERED that defendant be confined as far as
19 practicable in a corrections facility separate from persons awaiting
20 or serving sentences or person held pending appeal.

21 IT IS FURTHER ORDERED that defendant be afforded reasonable
22 opportunity for private consultation with his counsel.

23
24 DATED: 1/17/08
25
26                                    [signature]
27                     U.S. MAGISTRATE JUDGE / DISTRICT JUDGE
28